```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
THE PHOENIX INSURANCE COMPANY,                                          :
                                                                        :
                                Plaintiff,                              :
                                                                        :   24 Civ. 1867 (JPC)
             -v-                                                        :
                                                                        :   ORDER
COLONY INSURANCE COMPANY,                                               :
                                                                        :
                                Defendant.                              :
                                                                        :
------------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On March 18, 2024, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 7. Defendant's deadline to respond to the Complaint was therefore April 8, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until May 3, 2024. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by May 10, 2024.

      SO ORDERED.

Dated: April 19, 2024
       New York, New York

                                                               JOHN P. CRONAN
                                                             United States District Judge