UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

THE PHOENIX INSURANCE COMPANY,

                                     Plaintiff,

     -against-

COLONY INSURANCE COMPANY,

                                      Defendant,
-------------------------------------------------------------------X

Case No.: 1:24-cv-01867-JPC

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff, The Phoenix Insurance Company ("Travelers"), and Defendant, Colony Insurance Company ("Colony") pursuant to F.R.C.P. 41(a)(1)(A), that the above-captioned action is hereby dismissed, with prejudice, against Colony, each party to bear its own costs and attorney's fees.

IT IS FURTHER STIPULATED AND AGREED by and between Travelers and Colony that no party to this stipulation is an infant or incompetent.

This stipulation may be executed in counterparts.

Dated: New York, New York
       September 25, 2024

London Fischer LLP

*by permission*
*air*

By: William Edwins, Esq.
*Attorneys for Defendant—*
*Colony Insurance Company*
59 Maiden Lane
New York, New York 11234
(212) 331-9524

USERY & ASSOCIATES

By: Amy C. Gross, Esq.
*Attorneys for Plaintiff—*
*The Phoenix Insurance Company*
P.O. Box 2996
Hartford, CT 06104-2996
(312) 458-6292